■ THE PEOPLE OF THE STATE OF NEW YORK v. GABRIEL GENOVESE.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

## (January 6, 1960)

■ In the Matter of ANGELO DE LUCA against JOSEPH J. CAPUTA, as State Rent Administrator.— Motion for an adjournment granted insofar as to adjourn the argument of the appeal to the February 1960 Term of this court. Petitioner-appellant's time within which to serve and file a reply brief is extended up to and including January 25, 1960. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of PHILIP R. SHERIDAN et al. against STEPHEN P. KENNEDY, as Police Commissioner of the City of New York, et al.— Motion by Patrolmen's Benevolent Association of the City of New York for leave to appear in this proceeding and to file a brief *amicus curiæ* granted to the extent of permitting the movant to serve and file its brief *amicus curiæ* with this court on or before January 13, 1960. Respondents' reply points, if any, are to be served and filed on or before January 18, 1960. In all other respects the motion is denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ YOLANDA DUQUE DE ESTRADA GONZALEZ v. INDUSTRIAL BANK (OF CUBA). — Motion for a stay granted and the plaintiff-respondent and the Sheriff of the City of New York are hereby stayed from levying execution of the judgment granted and entered herein in the office of the Clerk of the County of New York on the 11th day of December, 1959 and from taking any further proceedings in this action pending the hearing and determination of the appeal herein and for a period of 20 days after the entry of the order determining said appeal, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 4, 1960, with notice of argument for February 16, 1960. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

## (January 7, 1960)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. COSTENZE P. VALENTI against SHERIFF OF THE CITY OF NEW YORK et al.— Motion for an order staying the further commitment of appellant and admitting him to reasonable bail granted and bail fixed in the order to show cause, dated December 10, 1959, in the sum of $15,000 is continued pending the hearing and determination of the appeal or until otherwise directed to surrender on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 18, 1960, with notice of argument for March 1, 1960, said appeal to be argued or submitted when reached. If the appellant fails to comply with the conditions imposed, the respondents may enter an order revoking the bail and committing the appellant to custody without notice to said appellant. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of the Arbitration between PYRAMID PRODUCTIONS, INC. and OFFICIAL FILMS, INC. In the Matter of the Arbitration between SCREEN ACTORS GUILD, INC., and PYRAMID PRODUCTIONS, INC.— Motion for a stay of arbitration denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.